### HUD/BARBOUR-WAVERLY
### *v.* LENORA WILSON

The defendant's petition for certification for appeal from the Appellate Court (AC 12791) is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly dismiss the defendant's appeal for lack of subject matter jurisdiction?"

The Supreme Court docket number is SC 15177.

*Carmen Reyes Neale,* in support of the petition.

*Jeffrey A. McChristian,* in opposition.

Decided January 19, 1995

### ARTHUR R. BARLOW *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur R. Barlow's petition for certification for appeal form the Appellate Court (AC 13950) is denied.

*Arthur R. Barlow,* pro se, in support of the petition.

Decided January 19, 1995

### GENERAL ELECTRIC EMPLOYEES FEDERAL
### CREDIT UNION *v.* PETER S. ZAKRZEWSKI

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 927 (AC 13651), is granted, limited to the following issue:

"In the circumstances of this case, should this court overrule *Staples* v. *Hendrick,* 89 Conn. 100 (1915)?"

The Supreme Court docket number is SC 15181.

*David E. Koskoff,* in support of the petition.

Decided January 19, 1995